UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:17-CV-499-BO

| | |
|---|---|
| CDK GLOBAL, LLC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SOUTHEAST ATLANTIC PETERBILT ) | |
| OF NORTH CAROLINA, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on the parties' failure to file documents dismissing the case. The Court was previously advised that the parties had settled the case and they were directed by Court order to file dismissal documents within forty-five days. The order advised that failure to comply with the order would result in dismissal of the case with prejudice. The parties have failed to file dismissal documents within the time provided, and this case is therefore dismissed with prejudice. The clerk is directed to close the case.

SO ORDERED, this __6__ day of December, 2018.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE